

# Fourth Court of Appeals

## San Antonio, Texas

April 14, 2020

No. 04-19-00642-CV & 04-19-00795-CV

David **RODRIGUEZ**,
Appellant

v.

Richard R. **STORM** Jr.; Law office of Shelton & Valadez; Mark A. Giltner; William Tate; and
Stephen Martinez; H-E-B, Jointly and Severally William Tate, Jointly and Severally and as
employee of H-E-B L.P., Stephen Martinez Jointly and Severally and as employee of H-E-B
L.P., Meredith Reid as employee of H-E-B L.P, Jointly and Severally, Debra Ann Godoy as
employee of H-E-B L.P. et al.,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-13590 & 2019CI16263
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
            Patricia O. Alvarez, Justice
            Luz Elena D. Chapa, Justice

The Appellant's Motion to Suspend Appeal Submission Amend/Consolidate Appellant's
Briefs Pending Reporter's Record is hereby DENIED.

It is so **ORDERED** on April 14, 2020.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ
CLERK OF COURT